## RIVET v. MARKS and Others.

APPEAL from *Marion* Circuit Court.

*Per Curiam.*—Judgment by confession. The only error alleged in appellant's brief is, that the judgment was for too much. The record does not so inform us.

The judgment is affirmed, with 5 per cent. damages and costs.

*R. L. Walpole* and *K. Furguson*, for appellant.
*W. Wallace* and *B. Harrison*, for appellees.